In the Matter of the Petition of MARY A. STARRS and GEORGE T. STARRS to Prove the Last Will and Testament of CHARLES M. STARRS, Late of the County of Kings, Deceased: MARY A. STARRS and Another, Appellants; JUNE DOYLE, Respondent.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JOHN A. SIEMER and HERMAN H. SIEMER, as Executors and Trustees under the Last Will and Testament of JOHN C. SIEMER, Deceased. JOHN A. SIEMER and Another, Appellants; IRENE SIEMER, General Guardian, etc., Respondent.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that the executors individually pay respondent thirty dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of MARGARET N. TAYLOR and Others, as Executors of WILLIAM J. TAYLOR, Deceased. W. RUSSELL OSBORN, Appellant; MARGARET N. TAYLOR and Others, as Executors, etc., and Another, Respondents.— Motion to extend time granted upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.